# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00680-MOC-DSC

| | |
|---|---|
| GEMINI DRILLING AND FOUNDATION, LLC, | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | )     **ORDER** </br> ) |
| LS3P ASSOCIATES, LTD. AND J.E. DUNN CONSTRUCTION COMPANY, | ) </br> ) </br> ) </br> ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant's "Motion to Stay Initial Attorneys Conference of Defendant LS3P Associates, Ltd.," Doc. 24 filed February 12, 2015. For the reasons set forth therein, the Motion will be <u>denied as moot</u>.

The Initial Attorney's Conference shall take place not later than fourteen (14) days from joinder of the issues. LCvR 16.1(A). Pursuant to Local Rule 16.1(D), "[w]here Rule 12 motions are filed and briefed, issues will not join until such motions are resolved by the Court, unless otherwise directed by the Court." LCvR 16.1(D). On January 15, 2015, Defendant LS3P filed a Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Consequently, the Court will deny Defendant's Motion as moot.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.  Signed: March 5, 2015

David S. Cayer
United States Magistrate Judge