UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00680-MOC-DSC

| | | |
|---|---|---|
| **GEMINI DRILLING AND FOUNDATION, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LS3P ASSOCIATES, LTD.** | ) | |
| **J.E. DUNN CONSTRUCTION COMPANY,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant J.E. Dunn Construction Company Motion for Judgment on the Pleadings. Having considered defendant J.E. Dunn Construction Company motion, plaintiff's Response, and such defendant's Reply, and otherwise reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant J.E. Dunn Construction Company Motion for Judgment on the Pleadings (#29) is DENIED for the reasons discussed in plaintiff's Response. To the extent it is applicable, the reasoning of the magistrate judge and this court in denying defendant LS3P Associates, Ltd.'s Motion for Judgment on the Pleadings is also referenced.

Signed: May 5, 2015

Max O. Cogburn Jr.
United States District Judge